IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES LUDLOW,

    Petitioner,               No. CIV S-07-2007 LKK GGH P

   vs.

MATTHEW CRAMER, et al.,

    Respondents.          ORDER

_____/

       Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges the 2005 decision by Governor Schwarzenegger reversing the decision by the California Board of Parole Hearings (BPH) finding him suitable for parole. On May 16, 2008, the Ninth Circuit granted rehearing en banc in Hayward v. Marshall, 512 F.3d 536 (9th Cir. 2008).

/////

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order, the parties shall show cause why this action should not be administratively stayed pending the Ninth Circuit's decision in <u>Hayward v. Marshall</u>, 512 F.3d 536 (9th Cir. 2008), *reh'g en banc granted,* __ F.3d __, No. 06-55392 (9th Cir. filed May 16, 2008).

DATED: 06/03/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

lud2007.osc