IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES LUDLOW,

    Petitioner,                      No. CIV S-07-2007 LKK GGH P

    vs.

MATTHEW CRAMER, et al.,

    Respondents.                  <u>ORDER</u>

         Petitioner, a state prisoner proceeding through counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

         On July 15, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Neither party has filed objections to the findings and recommendations.

         The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis, with the exception of those findings at 2:2-4, which appear to contain a typographical error that obfuscates the meaning of this sentence. The court therefore declines to adopt this portion of the findings and

recommendations. In all other respects, the magistrate judge's findings and recommendations properly analyze the law and the application of the facts of this case thereto. Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations filed July 15, 2008, are adopted in full, except as to page 2, lines 2-4; and

    2. This action is administratively stayed pending the Ninth Circuit's decision in <u>Hayward v. Marshall</u>, 512 F.3d 536 (9thCir. 2008), *reh'g en banc granted,* ___ F.3d ___, No. 06-55392 (9th Cir. Filed May 16, 2008).

DATED:   October 14, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT