IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Ludlow, | 2:07-cv-02007-ATG |
| Petitioner, | ORDER DISMISSING CASE |
| vs. | |
| Mathew C. Kramer, Warden, | |
| Respondent. | |
| _____/ | |

The petitioner's request for dismissal of the above-entitled action is GRANTED.

Dated: April 7, 2009

                                               /s/ Alfred T. Goodwin
                                         ALFRED T. GOODWIN
                                         United States Circuit Judge
                                         Sitting by designation